UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR13-139-RSL |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| BRIANN PARDO, | ) |
| | ) |
| Defendant. | ) |

<u>Offense charged</u>:     Conspiracy to Distribute Controlled Substances

<u>Date of Detention Hearing</u>:   May 8, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant is a citizen of Canada. He was born in the Philippines and became a Canadian citizen between 1994 and 1996. He receives disability payments for a mental impairment and occasionally is employed as a glass installer.

3. Defendant's criminal record from Canada includes Assault with a Weapon, Breaking and Entering, and Theft. Defendant is alleged to have admitted to agents that he transported drugs from Canada to the United States on two separate occasions and fears for his safety if he were to return to Canada, due to the seizure of the drugs which he was attempting to bring into this country.

4. Defendant's history of probation supervision in Canada shows at least three convictions for violating the conditions of probation. In the pre-sentence report for the third conviction, Defendant is said to be addicted to cocaine and failed to attend the first sessions of drug treatment, and was not compliant with mental health treatment. The defense proffers that he has been compliant with drug and mental health treatment since that time.

5. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

DETENTION ORDER
PAGE -2

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>8th</u> day of May, 2013.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3